GASS, administrator, *v.* CUMMINGS *et al.*, executors.

EVANS, P. J. In view of the confused state of the record it can not be said that the evidence demanded the verdict; and as the judgment complained of is the first grant of a new trial, the discretion of the judge will not be disturbed.

*Judgment affirmed. All the Justices concur.*
APRIL 14, 1911.

Complaint. Before Judge Fite. Dade superior court. January 15, 1910.

*Foust, Payne & Tatum* and *Maddox, McCamy & Shumate,* for plaintiff in error.